# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 10-1714

_____

United States of America,      *
     *
         Appellee,      *
     *    Appeal from the United States
     v.      *    District Court for the
     *    District of Nebraska.
Jeffery James Godel,      *
     *    [UNPUBLISHED]
         Appellant.      *

_____

Submitted: July 22, 2010
Filed: July 23, 2010

_____

Before WOLLMAN, MELLOY, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

Jeffery Godel was sentenced in 2008 to 151 months in prison. The district court[1] later granted the government's Federal Rule of Criminal Procedure 35(b) motion based on Godel's substantial assistance, and reduced his sentence to 90 months. Godel appeals. Upon careful review, we conclude that we lack jurisdiction to hear his appeal. See United States v. Haskins, 479 F.3d 955, 957 (8th Cir. 2007) (per curiam) (jurisdiction over appeal of Rule 35(b) sentence is governed by 18 U.S.C. § 3742(a); although defendant framed issue as sentence's overall reasonableness, he

_____

[1]The Honorable Richard G. Kopf, United States District Judge for the District of Nebraska.

was appealing ruling on motion to reduce sentence, and court lacked jurisdiction because he did not satisfy § 3742(a) criteria.  Accordingly, we grant counsel leave to withdraw and we dismiss this appeal.

_____